JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:       jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. JARVIS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant, | Case No. 2:14-cv-02952-CMK<br><br>**STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br>TO FILE PLAINTIFF'S OPENING<br>BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 days to August 24, 2015, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel is experiencing a backlog in her workload that she is in the process of resolving.

**Jarvis v. Colvin**                                                                                          Stipulation and Proposed Order
**E.D. Cal. 2:14-cv-02952-CML**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  July 10, 2015

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  July 14, 2015

BENJAMIN J. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/\*Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
\*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Dated:  July 17, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE