# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. JARVIS, | No. 2:14-cv-2952-CMK |
| Plaintiff, | |
| vs. | <u>ORDER TO SHOW CAUSE</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On February 6, 2015, the court issued a scheduling order which required defendant to file an opposition to a motion for summary judgment within 30 days from service of plaintiff's motion. A review of the docket reflects that plaintiff's motion for summary judgment was filed on August 24, 2015. To date, the court has not received any response to the motion from defendant.

Defendant will be required to show cause why no response has been filed. Failure to respond to this order may result in the imposition of sanctions as the court deems appropriate. <u>See</u> Local Rule 110. <u>The filing of a response to plaintiff's motion, within the time provided herein, will constitute an adequate response to this order to show cause.</u> Defendant is cautioned

1

1 that failure to file a response within the time provided herein may be considered a waiver of any
2 opposition to the grant of plaintiff's motion for summary judgment.
3        Accordingly, IT IS HEREBY ORDERED that defendant shall show cause in
4 writing, within 20 days of the date of service of this order, why a response to plaintiff's motion
5 for summary judgment has not been filed.

 DATED: January 6, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE