1
2  JACQUELINE A. FORSLUND
   CSBN 154575
3  P.O. Box 4476
   Sunriver, OR  97707
4
5  Telephone:     541-419-0074
   Email:         jaf@forslundlaw.com
6
   Attorney for Plaintiff
7

8                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
9

10 DONALD R. JARVIS,                    )
                                        )   Case No. 2:14-cv-02952-CMK
11         Plaintiff,                   )
                                        )   **STIPULATION AND** ~~**PROPOSED**~~
12                                      )   **ORDER FOR EXTENSION OF TIME**
                                        )   **TO FILE PLAINTIFF'S REPLY**
13 v.                                   )
                                        )
14 CAROLYN W. COLVIN,                   )
   Acting Comm'r of Social Security,    )
15                                      )
                                        )
16         Defendant,                   )
                                        )
17 _____)

18      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

19 the time 30 days to March 16, 2016, for Plaintiff to serve his reply on Defendant, in accordance with

20 the Court's Scheduling Order.  This is Plaintiff's first extension request for filing his reply, which is

21 requested because Plaintiff's counsel is experiencing a backload in her workload.

22

23
24
25
26
27
28

Jarvis v. Colvin             Stipulation and Proposed Order        E.D. Cal.2:14-cv-02952-CMK

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                        Respectfully submitted,

Date:  February 12, 2016              JACQUELINE A. FORSLUND
                                        Attorney at Law


                                        */s/Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff


Date:  February 12, 2016              BENJAMIN B. WAGNER
                                        United States Attorney
                                        DEBORAH STACHEL
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/\*Jeffrey Chen*
                                        JEFFREY CHEN
                                        Special Assistant United States Attorney
                                        *By email authorization

                                        Attorney for Defendant


                                             <u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  February 19, 2016

                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE