IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. JARVIS, | No. 2:14-cv-2952-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on March 22, 2016, and plaintiff appealed. On January 12, 2018, the Ninth Circuit Court of Appeals issued an unpublished memorandum decision reversing this court's final judgment. The appellate court mandate issued on March 6, 2018, and the court hereby directs the matter remanded to the agency consistent with the Ninth Circuit's decision.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that this matter is remanded to the agency for further proceedings consistent with the Ninth Circuit Court of Appeals' January 12, 2018, memorandum decision.

DATED: April 18, 2018

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE